UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 11-cr-95-01-JL

<u>Tammy L. Laroche</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted; Final Pretrial is rescheduled to October 20, 2011 at 3:30 PM; Trial is continued to the two-week period beginning November 1, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: August 11, 2011

cc: Douglas Miller, Esq.
    Alfred Rubega, Esq.
    U.S. Marshal
    U.S. Probation